IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY PEVAHOUSE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:12-cv-0554 |
| SECURITAS SECURITY SERVICES USA, INC., | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mary Pevahouse and Defendant Securitas Security Services USA, Inc. hereby stipulate and agree that this action shall be dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

| | |
|---|---|
| /s/ Christopher Westmoreland (by RWJ w/permission) | Respectfully submitted, |
| Christopher P. Westmoreland | |
| Law Office of Christopher Westmoreland | /s/ Russell W. Jackson |
| 116 E Depot Street | Thomas L. Henderson (TN BPR No. 11526) |
| Shelbyville, TN 37160 | Russell W. Jackson (TN BPR No. 27322) |
| | OGLETREE, DEAKINS, NASH, |
| **ATTORNEY FOR PLAINTIFF** |   SMOAK & STEWART, P.C. |
| | 6410 Poplar Avenue, Suite 300 |
| | Memphis, TN 38119 |
| | Telephone: (901) 767-6160 |
| | Facsimile: (901) 767-7411 |
| | **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2013, I caused the foregoing to be served, via the Court's electronic filing system, on the following:

>Christopher P. Westmoreland
>Law Office of Christopher Westmoreland
>116 E Depot Street
>Shelbyville, TN 37160

>/s/ Russell W. Jackson

16683226.1

2

Case 3:12-cv-00554   Document 33   Filed 12/19/13   Page 2 of 2 PageID #: 356